IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| MACK R. LEWIS, | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:08-CV-036-C |
| | § | ECF |
| | § | |
| MICHAEL J. ASTRUE, | § | |
| Commissioner of Social Security, | § | |
| | § | |
| Defendant. | § | |

## ORDER

**THIS MATTER** comes before the Court on the Report and Recommendation filed February 2, 2010 (Doc. 21). No written objections have been filed.

**IT IS, THEREFORE, ORDERED** that the findings and conclusions in the Report and Recommendation are **ADOPTED** as the findings and conclusions of the Court and that this cause is reversed and remanded to the Commissioner for further proceedings pursuant to 405 U.S.C. § 405(g).

Upon remand, the ALJ should further consider and explain the weight given to the opinion of the treating physicians and the limitations imposed by Plaintiff's impairments on his ability to perform work activity.

Dated February 19, 2010.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT COURT